IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MONIQUE THOMPSON                                                           PLAINTIFF

vs.                                                         Civil Action No. 5:05cv177(DCB)(JMR)

UNITED CREDIT CORP. and
UNITED CREDIT CORP. OF YAZOO CITY                                   DEFENDANTS

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on before the Court on the joint *ore tenus* motion of the parties for the entry of a Judgment of Dismissal With Prejudice, and the Court, being informed that the parties have settled and compromised all claims presented by this action, and being further informed in the premises, is of the opinion that the motion is well-taken, and ought to be granted.

IT IS, THEREFORE, ADJUDGED that this matter ought to be, and hereby is, dismissed in its entirety with prejudice, and with each party to bear its own costs.

SO ADJUDGED this 19th day of September, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

Agreed as to form and content:

s/ John I. Donaldson
Attorney for plaintiff

Agreed as to form and content, and presented by:

s/ Robert E. Sanders
Attorney for defendant